Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Bernard W. Ozarowski
Debtor

                                              Case No.: 02−52981−RTL
                                              Chapter 7

Tulio Diaz
Plaintiff

v.

Bernard W. Ozarowski
Defendant

Adv. Proc. No. 06−01245−RTL                          Judge: Raymond T. Lyons Jr.

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

      Please be advised that on December 13, 2006, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 12 − 1
Opinion by The Honorable Raymond J. Lyons, Jr., United States Bankruptcy Court Judge, Re: (related document:[1] Complaint filed by Plaintiff Tulio Diaz).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 12/12/2006 (pcj, )

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 13, 2006
JJW: pcj

                                                                         James J. Waldron
                                                                         Clerk